In the Matter of the Application of FRANK A. HALL, Respondent, for a Writ of Certiorari against THE ASSESSORS OF THE TOWN OF MONROE, Appellants, Impleaded with Another.

*Matter of Hall* v. *Assessors Town of Monroe,* 116 App. Div. 729, affirmed.
(Argued October 3, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1907, which reversed an order of Special Term confirming an assessment on property of the relator and dismissing a writ of certiorari to review the same and annulled such assessment.

*M. N. Kane* for appellants.

*George R. Brewster* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT and HISCOCK, JJ. Dissenting: O'BRIEN, VANN and CHASE, JJ.